## Klingensmith *v.* Keeling, Appellant.

Argued April 15, 1902. Appeal, No. 37, April T., 1902, by defendants, from judgment of C. P. No. 3, Allegheny Co., April T., 1902, No. 37, on verdict for plaintiff in case of Minnie E. Klingensmith v. Joseph Keeling and Patrick Ridge, trading as Keeling & Ridge, and the County of Allegheny. Before RICE, P. J., BEAVER, ORLADY, W. W. PORTER and W. D. PORTER, JJ. Reversed.

OPINION BY RICE, P. J., October 13, 1902:

This case was tried in the court below and argued here with the case of Nicholas against the same defendants. The controlling questions are the same. For the reasons given in the opinion filed in that case the judgment is reversed and a venire facias de novo awarded.